**Electronically Filed
Supreme Court
SCAP-19-0000854
01-MAR-2021
10:45 AM
Dkt. 55 ODMR**

SCAP-19-0000854

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

TRACY YOSHIMURA, Plaintiff-Appellant,

vs.

KEITH KANESHIRO, Defendant-Appellee.

_____

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CAAP-19-0000854; S.P. NO. 1SP181000465)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, and Wilson, JJ., and
Eddins, J., in place of Nakayama, J., recused, and
Circuit Judge Ashford, assigned by reason of vacancy)

Upon consideration of Plaintiff-Appellant Tracy Yoshimura's

"Motion for Reconsideration of Hawai'i Supreme Court's February

1, 2021 Opinion," and the record and files herein,

IT IS HEREBY ORDERED, that the motion denied.

DATED:  Honolulu, Hawai'i, March 1, 2021.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

/s/ James H. Ashford

